GEORGE E. GREER (pro hac vice pending)
ggreer@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
SHANNON C. LEONG (STATE BAR NO. 268612)
sleong@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco California  94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Plaintiffs
Habeas Corpus Resource Center and the Office of the
Federal Public Defender for the District of Arizona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General,<br><br>　　　　　　Defendants. | Case No. 13-CV-4517-JCS<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR (1) TEMPORARY RESTRAINING ORDER; AND (2) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>Date:　　　TBD<br>Time:　　　TBD<br>Dept:　　　TBD<br>Judge:　　　TBD |

**TO: DEFENDANTS AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that, at a time to be set by the Court, Plaintiffs Habeas Corpus Resource Center ("HCRC") and the Office of the Federal Public Defender for the District of Arizona ("FDO-AZ") (collectively the "Plaintiffs"), in the courtroom of an Article III Judge of this Court as yet to be determined, will and hereby do apply pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65-1 for a temporary restraining order and order to show cause why a preliminary injunction should not be issued against Defendants United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General (collectively the "Defendants").

This motion is made on the grounds that (1) Plaintiffs are likely to succeed on the merits in establishing that Defendants' September 23, 2013 Final Rule regarding Certification of State Capital Counsel Systems (the "Final Rule"), 78 Fed. Reg. 58,160 (effective Oct. 23, 2013) (to be codified at 28 CFR pt. 26), is invalid for various violations of the Administrative Procedure Act and Due Process Clause; (2) Plaintiffs will suffer immediate and irreparable harm unless the Final Rule is enjoined; (3) the balance of hardships tips in favor of Plaintiffs; and (4) the public interest supports the issuance of a temporary restraining order and order to show cause why a preliminary injunction should not be entered.

This application is based on the accompanying Plaintiffs' Memorandum in Support of Motion for a Temporary Restraining Order; Supporting Declaration of Darren S. Teshima; Supporting Declaration of Michael Laurence; Supporting Declaration of Dale Baich; (Proposed) Temporary Restraining Order and Order to Show Cause; and on such argument and evidence as may be presented at the hearing.

Notice of this motion has been given to counsel for Defendants by Darren Teshima on October 3, 2013, via telephone and email. *See* Teshima Decl. ¶¶ 7-8, Ex. F. In addition, pursuant

to Local Rule 65-1, a copy of the complaint is attached as Exhibit C to Darren Teshima's declaration in support of this motion. Notice of the hearing date will be given to Defendants when that date is set. Delivery of this application and all supporting papers to Defendants will be made on October 4, 2013 immediately upon the signing of this application.

Dated: October 4, 2013

GEORGE E. GREER
CATHERINE Y. LUI
DARREN S. TESHIMA
SHANNON C. LEONG
Orrick, Herrington & Sutcliffe LLP

By: /s/ Catherine Y. Lui
CATHERINE Y. LUI
Attorneys for Plaintiffs
Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona

- 3 -

PLAINTIFFS' *EX PARTE* MOTION FOR TRO AND OSC FOR PRELIMINARY INJUNCTION

OHSUSA:754659809.1