GEORGE E. GREER (STATE BAR NO. 11050)
ggreer@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
SHANNON C. LEONG (STATE BAR NO. 268612)
sleong@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Plaintiffs
Habeas Corpus Resource Center and the Office of the
Federal Public Defender for the District of Arizona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona,<br><br>  Plaintiffs,<br><br>  v.<br><br>United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General,<br><br>  Defendants. | Case No. 13-CV-4517-JCS<br><br>**DECLARATION OF DARREN S. TESHIMA IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR (1) TEMPORARY RESTRAINING ORDER; AND (2) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>Date:      TBD<br>Time:      TBD<br>Dept:      TBD<br>Judge:     TBD |
|---|---|

OHSUSA:754661610.2

I, Darren S. Teshima, declare:

1. I am a Senior Associate at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for plaintiffs Habeas Corpus Resource Center ("HCRC") and the Office of the Federal Public Defender for the District of Arizona ("FDO-AZ") (together "Plaintiffs") in the above-captioned action. I am licensed to practice law by the State of California and admitted to practice before this Court.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting Motion for Preliminary Injunction, *Habeas Corpus Resource Center v. U.S. Department of Justice*, No. 08-2649-CW, 2009 WL 185423 (N.D. Cal. Jan. 20, 2009).

3. Attached hereto as **Exhibit B** is a true and correct copy of the March 3, 2011 Proposed Rule regarding Certification Process for State Capital Counsel Systems, 76 Fed. Reg. 11,705 (proposed Mar. 3, 2011) (to be codified at 28 CFR pt. 26).

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' complaint including exhibits, initiating this action, filed on September 30, 2013.

5. Attached hereto as **Exhibit D** is a true and correct copy of the February 13, 2012 Supplemental Notice of Proposed Rulemaking regarding Certification Process for State Capital Counsel Systems, 77 Fed. Reg. 7559 (proposed Feb. 13, 2012) (to be codified at 28 CFR pt. 26).

6. Attached hereto as **Exhibit E** is a true and correct copy of the September 23, 2013 Final Rule regarding Certification Process for State Capital Counsel Systems (the "Final Rule"), 78 Fed. Reg. 58,160 (effective Oct. 23, 2013) (to be codified at 28 CFR pt. 26).

7. On September 30, 2013, I sent an email to Robert Hinchman, U.S. Department of Justice, Office of Legal Policy, who is listed on the Final Rule as the contact at the U.S. Department of Justice, to inform him that Plaintiffs intended to file a complaint in this action and seek injunctive relief. On October 1, 2013, I sent an email to Joel McElvain, Senior Trial Counsel, U.S. Department of Justice, informing him that Plaintiffs intended to file a complaint in this action and seek injunctive relief. Attached hereto as **Exhibit F** is a true and correct copy of my email to Mr. Hinchman, and my subsequent communications with Mr. McElvain.

1      8.      On October 3, 2013, I spoke on the telephone with Mr. McElvain of the
2 Department of Justice and informed him that, on October 4, 2013, Plaintiffs would file an
3 application for a temporary restraining order and motion for preliminary injunction and seek a
4 hearing at the Court's earliest possible date.  *See* **Exhibit F**.

6      I declare under penalty of perjury under the laws of the United States of America and
7 California that the foregoing is true and correct and that I have signed this declaration on
8 October 4, 2013.

                                                        */s/ Darren S. Teshima*
                                                        Darren S. Teshima

- 3 -

DECL. OF D. TESHIMA ISO PLAINTIFFS' MOTION
FOR TRO AND OSC FOR PRELIMINARY
INJUNCTION

OHSUSA:754661610.2

**ATTESTATION OF FILING**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

<i>/s/ Catherine Y. Lui</i><br>
Catherine Y. Lui

- 4 -

DECL. OF D. TESHIMA ISO PLAINTIFFS' MOTION FOR TRO AND OSC FOR PRELIMINARY INJUNCTION

OHSUSA:754661610.2