# EXHIBIT F

## Teshima, Darren S.

| | |
|---|---|
| **From:** | Teshima, Darren S. |
| **Sent:** | Thursday, October 03, 2013 2:36 PM |
| **To:** | 'McElvain, Joel L (CIV)' |
| **Subject:** | RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS |

Joel,

Thanks for speaking with me this afternoon.  This message summarizes our telephone conversation.

You confirmed DOJ's position below that it does not believe a TRO or preliminary injunction is necessary at this time because any certification will not take place, at the earliest, until after a 60-day comment period on a state's certification request.  You acknowledged that the Final Rule does not set forth the 60-day period noted below, but confirmed DOJ's current position that any certification request will be subject to, at a minimum, one 60-day comment period.

I noted that our complaint alleges, among other things, procedural defects in the Final Rule's promulgation, including (i) DOJ's failure to provide notice that it considers certifications to be orders, not rules subject to the Administrative Procedures Act (Compl. ¶ 33); and (ii) DOJ's failure to adequately respond to public comments to the proposed rule (id. at ¶ 31).  Plaintiffs will suffer harm immediately on the effective date of the Final Rule, October 23.  I also directed you to Judge Wilken's January 20, 2009 Order granting a preliminary injunction in the 2008 HCRC v. DOJ proceeding, where she rejected the argument DOJ now sets forth.  See Order at 9:17-26 (rejecting argument that injury will only occur after a state is certified, holding that HCRC had already been injured because its "challenges are to procedural defects underlying the rule's promulgation—in particular, Defendants' failure to afford Plaintiff an opportunity to participate meaningfully in the notice and comment process").

I reiterated Plaintiffs' request that DOJ agree to postpone the effective date of the Final Rule, until our motion for a preliminary injunction is briefed and ruled upon.  You told me you would take this request under advisement and discuss with DOJ, but you thought DOJ was unlikely to agree to this request.

Because DOJ is not in a position at this time to agree to postpone the effective date of the Final Rule, I informed you that we will file a motion for a TRO and preliminary injunction tomorrow.  We also will serve our complaint.  Because of the possibility that the district court may close due to the government shutdown, we intend to seek a hearing date on our motion as soon as possible while the court is still open.  You informed me, as you noted below, that DOJ will seek a stay of the action in light of the government shut down.  I informed you that Plaintiffs will oppose such a request, since we seek to enjoin the October 23 effective date of the Final Rule.

I also stated that we have filed a notice of related case to have the current action assigned to Judge Wilken, who heard the 2008 HCRC v. DOJ action.

Please let me know if you have any comments to the above summary.  As I mentioned, I will send you courtesy copies of the papers we file tomorrow.

Darren



ORRICK

**DARREN S. TESHIMA**
*Senior Associate*

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105
*tel* 415-773-4286
dteshima@orrick.com
www.orrick.com

---

**From:** McElvain, Joel L (CIV) [mailto:Joel.L.McElvain@usdoj.gov]
**Sent:** Thursday, October 03, 2013 12:59 PM
**To:** Teshima, Darren S.
**Subject:** RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Yes, talk to you then.

---

**From:** Teshima, Darren S. [mailto:dteshima@orrick.com]
**Sent:** Thursday, October 03, 2013 3:58 PM
**To:** McElvain, Joel L (CIV)
**Subject:** Re: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Joel,

Can we speak at 5pm ET?

Darren

DARREN S. TESHIMA
Senior Associate
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105
tel 415-773-4286
dteshima@orrick.com

On Oct 3, 2013, at 12:52 PM, "McElvain, Joel L (CIV)" <Joel.L.McElvain@usdoj.gov> wrote:

> Darren,
>
> Thanks for your cooperation in allowing us time to confer internally.  I can confirm that no state's application for certification will be published for comments until after the effective date of the rule, Oct. 23, and that a 60-day comment period for an application will be provided once that application is published.  No state will be certified until after the comment period closes.  Therefore, the earliest date that a state could be certified would be Dec. 22 – and this is a very conservative estimate, since of course there would be some time needed to review comments before action is taken on an application.
>
> We believe this should obviate any need on your part to move for a TRO or motion for a preliminary injunction at this time.   In addition, in light of the current Government shutdown, the Department would be required to seek a stay of any litigation should you decide to file at this time.   Please advise us how you intend to proceed.  I'm available (202-514-2988) if you'd like to discuss further.
>
> Joel
>
> **Joel McElvain**
> Senior Trial Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7332
Washington, DC 20001
(202) 514-2988
Joel.McElvain@usdoj.gov

---

**From:** Teshima, Darren S. [mailto:dteshima@orrick.com]
**Sent:** Thursday, October 03, 2013 2:35 PM
**To:** McElvain, Joel L (CIV)
**Subject:** RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Joel,

Are you in a position to discuss this matter with me this afternoon, perhaps at 4:30pm ET?  Please let me know.  Thanks.

Darren

<image001.gif>

**DARREN S. TESHIMA**
*Senior Associate*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105
*tel* 415-773-4286
dteshima@orrick.com
www.orrick.com

---

**From:** McElvain, Joel L (CIV) [mailto:Joel.L.McElvain@usdoj.gov]
**Sent:** Wednesday, October 02, 2013 6:09 AM
**To:** Teshima, Darren S.
**Subject:** RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Thanks, Darren.  We'll try to determine our position by Thursday afternoon.  I may have to push it until Friday, however; it is very difficult to reach people under the present circumstances.

Joel

---

**From:** Teshima, Darren S. [mailto:dteshima@orrick.com]
**Sent:** Tuesday, October 01, 2013 6:24 PM
**To:** McElvain, Joel L (CIV)
**Subject:** RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Joel,

We agree to hold off on serving the complaint and filing an injunctive relief motion until we speak later this week.  Can we plan to speak on Thursday afternoon ET?  Of course, if the Department is able to formulate a response in advance of Thursday, please let me know.  Thanks.

Darren


<image001.gif>
**DARREN S. TESHIMA**
*Senior Associate*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105
*tel* 415-773-4286
dteshima@orrick.com
www.orrick.com


**From:** McElvain, Joel L (CIV) [mailto:Joel.L.McElvain@usdoj.gov]
**Sent:** Tuesday, October 01, 2013 12:44 PM
**To:** Teshima, Darren S.
**Subject:** RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Darren, Thank you for your email.  I don't anticipate that I will be handling this matter.  However, I've made efforts to reach out to the persons within the Department of Justice who may have answers to your questions.  As you might imagine, given the government shutdown, it is proving difficult to formulate the Department's response on short notice.  I would appreciate it if you could provide us until the end of the week to consult internally; perhaps we could discuss next steps on Friday.

Thank you,
Joel

**Joel McElvain**
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7332
Washington, DC 20001
(202) 514-2988
Joel.McElvain@usdoj.gov


**From:** Teshima, Darren S. [mailto:dteshima@orrick.com]
**Sent:** Tuesday, October 01, 2013 12:59 PM
**To:** McElvain, Joel L (CIV)
**Cc:** Hinchman, Robert (OLP)
**Subject:** FW: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Mr. McElvain,

We agree to hold off on serving the complaint and filing an injunctive relief motion until we speak later this week.  Can we plan to speak on Thursday afternoon ET?  Of course, if the Department is able to formulate a response in advance of Thursday, please let me know.  Thanks.

Darren


<image001.gif>
**DARREN S. TESHIMA**
*Senior Associate*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105
*tel* 415-773-4286
dteshima@orrick.com

www.orrick.com


**From:** McElvain, Joel L (CIV) [mailto:Joel.L.McElvain@usdoj.gov]
**Sent:** Tuesday, October 01, 2013 12:44 PM
**To:** Teshima, Darren S.
**Subject:** RE: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Darren, Thank you for your email.  I don't anticipate that I will be handling this matter.  However, I've made efforts to reach out to the persons within the Department of Justice who may have answers to your questions.  As you might imagine, given the government shutdown, it is proving difficult to formulate the Department's response on short notice.  I would appreciate it if you could provide us until the end of the week to consult internally; perhaps we could discuss next steps on Friday.

Thank you,
Joel

**Joel McElvain**
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7332
Washington, DC 20001
(202) 514-2988
Joel.McElvain@usdoj.gov


**From:** Teshima, Darren S. [mailto:dteshima@orrick.com]
**Sent:** Tuesday, October 01, 2013 12:59 PM
**To:** McElvain, Joel L (CIV)
**Cc:** Hinchman, Robert (OLP)
**Subject:** FW: AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ, N.D. Cal Case No. 3:13-cv-04517-JCS

Mr. McElvain,

I just left you a voice message about the below matter, as I have not yet heard back from Mr. Hinchman.  As you may recall, you were the attorney of record in a prior proceeding with my client, Habeas Corpus Resource Center, regarding the below-referenced regulation.  As noted below, we would like to discuss whether the Department of Justice will voluntarily agree to postpone the effective date of the Final Rule.  We intend to file an application for a temporary restraining order and preliminary injunction this week, and would like to meet and confer regarding a hearing date on our application.  Please give me a call back to discuss the matter, or direct me to the appropriate contact.  Thank you for your attention to this matter.

Darren


<image001.gif>

**DARREN S. TESHIMA**
*Senior Associate*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105

*tel* 415-773-4286
dteshima@orrick.com

www.orrick.com

---

**From:** Teshima, Darren S.
**Sent:** Monday, September 30, 2013 5:05 PM
**To:** 'robert.hinchman@usdoj.gov'
**Cc:** Lui, Catherine Y.
**Subject:** AG Order 3399-2013 - Habeas Corpus Resource Center v. DOJ

Mr. Hinchman,

I am following up on my voice message of earlier today regarding AG Order 3399-2013, Certification Process for State Capital Counsel System (the "Final Rule").  We represent the Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona (together "Plaintiffs").  Today, on behalf of Plaintiffs, we filed the attached complaint against the Department of Justice and the Attorney General, which seeks to enjoin the implementation of the Final Rule for violations of the Administrative Procedures Act.  We are providing a courtesy copy of the complaint (without exhibits, due to their size) to you, as the contact person for the Final Rule, so that the parties can discuss whether the Department of Justice will voluntarily agree to postpone the effective date of the Final Rule.  We intend to file an application for a temporary restraining order and preliminary injunction this week.  Please let me know if you are available to discuss these issues tomorrow, October 1.

Darren


<image001.gif>

**DARREN S. TESHIMA**
*Senior Associate*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105

*tel* 415-773-4286
dteshima@orrick.com

www.orrick.com

================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.
================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
================================================================

================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.
================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
================================================================

================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding

tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

==============================================================

==============================================================

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

==============================================================