IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER AND THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF ARIZONA,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE AND ERIC H. HOLDER, IN HIS OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,<br><br>Defendants. | No. C 13-04517 RS<br><br>**ORDER SETTING HEARING ON *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs have filed a motion seeking a Temporary Restraining Order. A hearing shall be held on **October 10, 2013 at 3:00 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Any responsive pleadings the government elects to file need to be filed by the close of the business day on Wednesday, October 9, 2013.

IT IS SO ORDERED.

DATED: 10/08/13

_____
RICHARD SEEBORG
United States District Judge

ORDER SETTING MOTION HEARING