IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HABEAS CORPUS RESOURCE CENTER AND THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF ARIZONA,

Plaintiffs,
v.

UNITED STATES DEPARTMENT OF JUSTICE AND ERIC H. HOLDER, IN HIS OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,

Defendants.

No. C 13-04517 RS

**ORDER VACATING THE HEARING ON *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

The scheduling order is hereby vacated.

IT IS SO ORDERED.

DATED: 10/08/13

RICHARD SEEBORG
United States District Judge