STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JACQUELINE COLEMAN SNEAD
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7214
Washington, DC 20001
Tel: (202) 514-3418
Fax: (202) 616-8470
Email: Jacqueline.snead@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona,

Plaintiffs,

vs.

United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General,

Defendants.

Case No.: CV 13-4517-CW

**Stipulation and Proposed Order for Briefing on Show Cause Order**

**Date: November 14, 2013**
**Time: 2:00pm**
**Courtroom: 2**
**Judge: Claudia Wilken**

Plaintiffs, Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona ("Plaintiffs"), and Defendants, the Department of Justice and Eric H. Holder, Jr., United States Attorney General ("the government"), by and through undersigned counsel, have conferred and agreed to the following stipulation:

1. By order dated October 18, 2013, the Court set a briefing schedule for the order to show cause why a preliminary injunction should not issue and indicated that the parties could "stipulate to an alternate briefing schedule, including an extension of the temporary restraining order" entered that day. Order Granting Pls.' Application for a

TRO & Order to Show Cause Why Prelim. Inj. Should Not Issue 9 (Oct. 18, 2013), ECF No. 26.

2. The parties have conferred and agreed to an alternate briefing schedule. Subject to the approval of the Court, the government will file its response to the order to show cause why a preliminary injunction should not issue on November 4, 2013; Plaintiffs will file their reply on November 11, 2013; and the hearing on Plaintiffs' motion will be November 14, 2013 at 2:00pm.

3. The temporary restraining order entered October 18, 2013 shall be extended for an additional 14 days and accordingly shall expire on November 15, 2013.

**IT IS SO STIPULATED**.

Date: October 23, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
U.S. Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director
Civil Division

/s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C. 20530
Telephone: (202) 514-3418
Fax: (202) 616-8470
E-mail: Jacqueline.Snead@usdoj.gov

**Counsel for Defendants**

Case4:13-cv-04517-CW Document27 Filed10/23/13 Page3 of 3

Date: October 23, 2013

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Darren S. Teshima
DARREN S. TESHIMA (State Bar No. 238875)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Fax: (415) 773-5759
E-mail: dteshima@orrick.com

**Counsel for Plaintiffs**

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: ________

______________________________
Honorable Claudia Wilken
United States District Court Judge

*Habeas Corpus Resource Ctr. v. Department of Justice*
Case No. 13-4517
Stipulation of Parties re: Briefing Schedule

3