STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JACQUELINE COLEMAN SNEAD
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7214
Washington, DC 20001
Tel: (202) 514-3418
Fax: (202) 616-8470
Email: Jacqueline.snead@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General,<br><br>Defendants. | Case No.: CV 13-4517-CW<br><br>**Stipulation and Order for Briefing on Show Cause Order**<br><br>**Date:  November 14, 2013**<br>**Time:  2:00pm**<br>**Courtroom: 2**<br>**Judge:  Claudia Wilken** |

Plaintiffs, Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona ("Plaintiffs"), and Defendants, the Department of Justice and Eric H. Holder, Jr., United States Attorney General ("the government"), by and through undersigned counsel, have conferred and agreed to the following stipulation:

1.  By order dated October 18, 2013, the Court set a briefing schedule for the order to show cause why a preliminary injunction should not issue and indicated that the parties could "stipulate to an alternate briefing schedule, including an extension of the temporary restraining order" entered that day.  Order Granting Pls.' Application for a

*Habeas Corpus Resource Ctr. v. Department of Justice*
Case No. 13-4517
Stipulation of Parties re: Briefing Schedule

1

TRO & Order to Show Cause Why Prelim. Inj. Should Not Issue 9 (Oct. 18, 2013), ECF No. 26.

    2.    The parties have conferred and agreed to an alternate briefing schedule. Subject to the approval of the Court, the government will file its response to the order to show cause why a preliminary injunction should not issue on November 4, 2013; Plaintiffs will file their reply on November 11, 2013; and the hearing on Plaintiffs' motion will be November 14, 2013 at 2:00pm.

    3.    The temporary restraining order entered October 18, 2013 shall be extended for an additional 14 days and accordingly shall expire on November 15, 2013.

**IT IS SO STIPULATED**.

Date:  October 23, 2013          Respectfully submitted,

          STUART F. DELERY
          Assistant Attorney General

          MELINDA HAAG
          U.S. Attorney

          ANTHONY J. COPPOLINO
          Deputy Branch Director
          Civil Division

          <u>/s/ Jacqueline Coleman Snead</u>
          JACQUELINE COLEMAN SNEAD
          (D.C. Bar 459548)
          Senior Counsel
          United States Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Ave, NW
          Washington, D.C.  20530
          Telephone:  (202) 514-3418
          Fax:  (202) 616-8470
          E-mail: Jacqueline.Snead@usdoj.gov

          **Counsel for Defendants**

*Habeas Corpus Resource Ctr. v. Department of Justice*
Case No. 13-4517
Stipulation of Parties re: Briefing Schedule

2

Date: October 23, 2013              Respectfully submitted,

                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            /s/ Darren S. Teshima
                                            DARREN S. TESHIMA (State Bar No. 238875)
                                            The Orrick Building
                                            405 Howard Street
                                            San Francisco, CA 94105-2669
                                            Telephone: (415) 773-5700
                                            Fax: (415) 773-5759
                                            E-mail: dteshima@orrick.com

                                            **Counsel for Plaintiffs**

                                                       **<u>ORDER</u>**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: 10/24/2013

                                            Honorable Claudia Wilken
                                            United States District Court Judge

*Habeas Corpus Resource Ctr. v. Department of Justice*
Case No. 13-4517
Stipulation of Parties re: Briefing Schedule

3