1  GEORGE E. GREER (admitted pro hac vice)
   ggreer@orrick.com
2  DARREN S. TESHIMA (STATE BAR NO. 238875)
   dteshima@orrick.com
3  CATHERINE Y. LUI (STATE BAR NO. 239648)
   clui@orrick.com
4  MARC R. SHAPIRO (admitted pro hac vice)
   mshapiro@orrick.com
5  SHANNON C. LEONG (STATE BAR NO. 268612)
   sleong@orrick.com
6
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
   405 Howard Street
8  San Francisco California  94105-2669
   Telephone:     +1-415-773-5700
9  Facsimile:     +1-415-773-5759

10
   Attorneys for Plaintiffs
11 Habeas Corpus Resource Center and the Office of the
   Federal Public Defender for the District of Arizona
12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | Habeas Corpus Resource Center and the Office | Case No. 4:13-cv-4517
   | of the Federal Public Defender for the District |
17 | of Arizona,                                  | **STIPULATION AND** ~~PROPOSED~~
                                                  | **ORDER TO EXTEND BRIEFING**
18 |                Plaintiffs,                   | **SCHEDULE**

19 |       v.

20 | United States Department of Justice and Eric
   | H. Holder, in his official capacity as United
21 | States Attorney General,

22 |                Defendants.

23

24

25

26

27

28
                                       STIPULATION AND ~~PROPOSED~~ ORDER
                                                  CASE NO. 13-4517

1  Plaintiffs Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona (collectively, "Plaintiffs"), and Defendants, the Department of Justice and Eric H. Holder, Jr., United States Attorney General (collectively, "Defendants"), by and through their counsel, have conferred and agreed to the following stipulation:

 1. On January 21, 2013, Defendants filed a Motion to Dismiss Plaintiffs' Fifth Cause of Action. The parties initially agreed that Plaintiffs would file their opposition on February 27, 2014, and Defendants would file their reply on March 20, 2014.

 2. The parties have conferred and agreed to extend these deadlines so that the parties may continue discussing alternative options related to the Defendants' Motion to Dismiss, which may moot the Defendants' Motion. Accordingly, subject to the approval of the Court, Plaintiffs will file their opposition on March 5, 2014, and Defendants will file their reply on March 27, 2014.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 26, 2014

GEORGE E. GREER
CATHERINE Y. LUI
DARREN S. TESHIMA
MARC R. SHAPIRO
SHANNON C. LEONG
Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Catherine Y. Lui_____
    CATHERINE Y. LUI
    Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated:  February 26, 2014 | STUART F. DELERY |
| 2 | | MELINDA HAAG |
| | | ANTHONY J. COPPOLINO |
| 3 | | JACQUELINE COLEMAN SNEAD |
| | | United States Department of Justice |

By:   */s/ Jacqueline Coleman Snead*
         JACQUELINE COLEMAN SNEAD
              Attorneys for Defendants

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation, IT IS SO ORDERED. The hearing is continued to April 10, 2014, at 2:00 p.m., or by stipulation to a later Thursday on which the Court is available.

Date: 2/28/2014

_____
Honorable Claudia Wilken
United States District Court Judge