1   GEORGE E. GREER (admitted pro hac vice)
     ggreer@orrick.com
2   DARREN S. TESHIMA (STATE BAR NO. 238875)
     dteshima@orrick.com
3   CATHERINE Y. LUI (STATE BAR NO. 239648)
     clui@orrick.com
4   MARC R. SHAPIRO (admitted pro hac vice)
     mshapiro@orrick.com
5   SHANNON C. LEONG (STATE BAR NO. 268612)
     sleong@orrick.com
6

7   ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
     405 Howard Street
8   San Francisco California  94105-2669
     Telephone:    +1-415-773-5700
9   Facsimile:    +1-415-773-5759

10

11  Attorneys for Plaintiffs
    Habeas Corpus Resource Center and the Office of the
    Federal Public Defender for the District of Arizona

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16  Habeas Corpus Resource Center and the Office    Case No. 4:13-cv-4517
    of the Federal Public Defender for the District
17  of Arizona,                       **STIPULATION AND** ~~**PROPOSED**~~
                             **ORDER TO VOLUNTARILY DISMISS**
18           Plaintiffs,               **PLAINTIFFS' FIFTH CLAIM**
                             **WITHOUT PREJUDICE AND**
19           v.                       **ESTABLISH SUMMARY JUDGMENT**
                             **BRIEFING SCHEDULE ON**
20  United States Department of Justice and Eric   **REMAINING CLAIMS**
    H. Holder, in his official capacity as United
21  States Attorney General,

22           Defendants.

23

24

25

26

27

28

Plaintiffs Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona (collectively, "Plaintiffs"), and Defendants, the Department of Justice and Eric H. Holder, Jr., United States Attorney General (collectively, "Defendants"), by and through their counsel, have conferred and agreed to the following stipulation:

1. On January 21, 2013, Defendants filed a Motion to Dismiss Plaintiffs' Fifth Cause of Action.  After conferring on how to resolve this litigation as quickly and efficiently as possible, the parties have agreed that Plaintiffs will dismiss their Fifth Cause of Action without prejudice, Defendants will withdraw their motion to dismiss, and the parties will proceed with summary judgment briefing without discovery on Plaintiffs' remaining causes of action.

2. The parties further agree to the following briefing schedule for summary judgment motions:

- Plaintiffs' motion for summary judgment will be due April 21, 2014;
- Defendants' opposition and cross-motion will be due May 21, 2014;
- Plaintiffs' reply and opposition will be due June 20, 2014;
- Defendants' reply will be due June 30, 2014; and
- The hearing on the parties' cross-motions will be July 31, 2014, or on a date convenient to the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  March 5, 2014

GEORGE E. GREER
CATHERINE Y. LUI
DARREN S. TESHIMA
MARC R. SHAPIRO
SHANNON C. LEONG

Orrick, Herrington & Sutcliffe LLP

By: */s/ Catherine Y. Lui*

CATHERINE Y. LUI
Attorneys for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  March 5, 2014

STUART F. DELERY
MELINDA HAAG
ANTHONY J. COPPOLINO
JACQUELINE COLEMAN SNEAD

United States Department of Justice

By:     */s/ Jacqueline Coleman Snead*

JACQUELINE COLEMAN SNEAD
Attorneys for Defendants

# ~~PROPOSED~~ ORDER

Pursuant to the stipulation, Plaintiffs' Fifth Cause of Action is dismissed without prejudice; Defendants' Motion to Dismiss Plaintiffs' Fifth Cause of Action is withdrawn; and the parties shall file cross-motions for summary judgment in accordance with the following schedule:

- Plaintiffs' motion for summary judgment is due on or before April 21, 2014;
- Defendants' opposition and cross-motion is due on or before May 21, 2014;
- Plaintiffs' reply and opposition is due on or before June 20, 2014;
- Defendants' reply is due on or before June 30, 2014; and
- The hearing on the parties' cross-motions will be July 31, 2014 at 2:00 p.m., or on a date convenient to the Court.

IT IS SO ORDERED.

Date:   3/6/2014

Honorable Claudia Wilken
United States District Court Judge