| | |
|---|---|
| 1 | GEORGE E. GREER (admitted pro hac vice) |
| | ggreer@orrick.com |
| 2 | CATHERINE Y. LUI (STATE BAR NO. 239648) |
| | clui@orrick.com |
| 3 | DARREN S. TESHIMA (STATE BAR NO. 238875) |
| | dteshima@orrick.com |
| 4 | MARC R. SHAPIRO (admitted pro hac vice) |
| | mshapiro@orrick.com |
| 5 | SHANNON C. LEONG (STATE BAR NO. 268612) |
| | sleong@orrick.com |

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco California  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiffs
Habeas Corpus Resource Center and the Office of the
Federal Public Defender for the District of Arizona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona, | Case No. 4:13-cv-4517 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General, | |
| Defendants. | |

OHSUSA:757701334.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Plaintiffs Habeas Corpus Resource Center and Office of the Public Defender for the District of Arizona's Motion for Summary Judgment ("Motion") came on regularly for hearing before this Court. Having considered the Motion and all supporting papers and opposition papers, and having heard the argument of counsel, IT IS HEREBY ORDERED that the Motion is GRANTED with respect to Plaintiffs' Causes of Action I, II, III, and IV.

IT IS SO ORDERED.

Dated: _____, 2014     _____
    Honorable Claudia Wilken
    United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; CASE NO. 13-4517

OHSUSA:757701334.1