United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HABEAS CORPUS RESOURCE CENTER and THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF ARIZONA,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE and ERIC H. HOLDER, in his official capacity as United States Attorney General,

Defendants.
_________________________________/

No. C 13-04517 CW

JUDGMENT

Judgment is hereby entered consistent with the Court's Order Granting in Part Plaintiffs' Motion for Summary Judgment and Granting in Part Defendants' Cross Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 7th day of August, 2014.

RICHARD W. WIEKING
Clerk of Court

By: ____________________________
Deputy Clerk

