KENT S. SCHEIDEGGER (SBN 105178)
CRIMINAL JUSTICE LEGAL FOUNDATION
2131 L Street
Sacramento, CA  95816
(916) 446-0345 (Voice)
(916) 446-1194 (Fax)
Kent.Scheidegger@cjlf.org

Attorney for Movant-Appellant Marc Klaas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona | Case No. 13-CV-4517-CW |
| Plaintiffs-Appellees, | PROTECTIVE NOTICE OF APPEAL |
| vs. | |
| United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General, | |
| Defendants, | |
| Marc Klaas, | |
| Movant-Appellant. | |

Notice is given that Movant in Intervention Marc Klaas files this protective appeal to the United States Court of Appeals for the Ninth Circuit from the order of August 7, 2014, granting in part Plaintiffs' motion for summary judgment and from the accompanying judgment of the same date.  Movant's appeal from the order denying his motion to intervene is still pending and is set for argument after the deadline to appeal the judgment.  Under these circumstances, a protective notice of appeal is proper.  See *Perry v. Schwarzenegger*, 630 F.3d 898, 902-903 (9th Cir. 2011).

Dated:  September 19, 2014         /s/  Kent S. Scheidegger
                                   KENT S. SCHEIDEGGER
                                   Attorney for Movant-Appellant Marc Klaas

No. _____

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona<br><br>　　　　Plaintiffs-Appellees,<br>　vs.<br><br>United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General,<br><br>　　　　Defendants,<br><br>Marc Klaas,<br><br>　　　　Movant-Appellant. | Case No. 13-CV-4517-CW<br><br>STATEMENT OF RELATED CASES |

　　Appellant Marc Klaas's appeal of the denial of his motion to intervene is pending as case 14-15113.

　　The Department of Justice's appeal of the order granting a preliminary injunction is case 14-15205.  The Department has moved to dismiss that appeal as moot due to the final judgment which is the subject of this appeal.

Dated:  September 19, 2014　　　　　　　/s/  Kent S. Scheidegger
　　　　　　　　　　　　　　　　　　　　KENT S. SCHEIDEGGER
　　　　　　　　　　　　　　　　　　　　Attorney for Movant-Appellant Marc Klaas

No. _____

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Habeas Corpus Resource Center and the Office of the Federal Public Defender for the District of Arizona,<br><br>　　　　　Plaintiffs-Appellees,<br>　vs.<br><br>United States Department of Justice and Eric H. Holder, in his official capacity as United States Attorney General,<br><br>　　　　　Defendants,<br><br>Marc Klaas,<br><br>　　　　　Movant-Appellant. | Case No. 13-CV-4517-CW<br><br>REPRESENTATION STATEMENT |

　　　The undersigned represents Marc Klaas, who moved to intervene in the action and was denied and whose appeal from that denial is pending in this court. Counsel for the other parties are listed on the attached list.

Dated:  September 19, 2014　　　　　　　／s／  Kent S. Scheidegger
　　　　　　　　　　　　　　　　　　　　KENT S. SCHEIDEGGER
　　　　　　　　　　　　　　　　　　　　Attorney for Movant-Appellant Marc Klaas

# ATTORNEYS FOR THE PARTIES IN THIS ACTION

The plaintiffs in this action are the Habeas Corpus Resource Center and the Office of the Federal Public Defender of Arizona. They are represented by:

>George E. Greer                Catherine Y. Lui
>Darren S. Teshima              Marc R. Shapiro
>Shannon C. Leong
>Orrick, Herrington & Sutcliffe LLP
>
>The Orrick Building
>405 Howard Street
>San Francisco California 94105-2669
>Telephone: (415) 773-5700

The defendants in this action are the United States Department of Justice and Attorney General Eric H. Holder. They have been represented in the District Court by:

>Stuart F. Delery               Melinda Haag
>Anthony J. Coppolino           Jacqueline Coleman Snead
>United States Department of Justice
>
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7214
>Washington, DC 20001
>Telephone: (202) 514-3418

In related proceedings in the Court of Appeals, defendants have been represented by:

>Michael S. Raab                Samantha L. Chaifetz
>(202) 514-4053                 (202) 514-4821
>Attorneys, Appellate Staff
>
>Civil Division, Room 7248
>Department of Justice
>950 Pennsylvania Ave., N.W.
>Washington, D.C. 20530