UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER and OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF ARIZONA,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and LORETTA E. LYNCH, Attorney General,<br><br>Defendants - Appellants. | No. 14-16928<br><br>D.C. No. 4:13-cv-04517-CW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered March 23, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Synitha Walker
Deputy Clerk
Ninth Circuit Rule 27-7