IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER, et al., | Case No. 13-cv-04517-CW |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

Pursuant to the December 14, 2016 mandate of the United States Court of Appeals for the Ninth Circuit, the Court HEREBY DISMISSES this case for lack of jurisdiction.

The parties shall bear their own costs.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: September 29, 2017

CLAUDIA WILKEN
United States District Judge